**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6094**

————————

KENDELL C. ALEXANDER,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Respondent - Appellee.

————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Alexander Harvey II, Senior District
Judge.  (CA-00-3777-H)

————————

Submitted:  March 8, 2001          Decided:  March 16, 2001

————————

Before MOTZ, TRAXLER, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Kendell C. Alexander, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Alexander v. United States, No. CA-00-3777-H (D. Md. Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED